**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| JULIAN P. GEHMAN,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL RAYMOND CROUCHER,<br>et al.,<br><br>            Defendants. | Civil Action No. 05-162 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion to Dismiss is GRANTED, Defendants Elan, Oracle, Corinne McLaughlin, Glenn Sanders, Pati Carlson and Rolltronics Foundation are DISMISSED, and Plaintiff has fourteen (14) days to file an Amended Complaint.

                                              /s/
                                    _____
                                    CLAUDE M. HILTON
                                    UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 6, 2005