IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| JULIAN P. GEHMAN,          )<br>                            )<br>          Plaintiff,    )<br>V.                          )<br>                            )<br>MICHAEL RAYMOND CROUCHER,  )<br>ET AL.,                     )<br>          Defendants.   )<br>                            ) | Civil Action No. 1:05cv162 |

**ORDER**

_____It appearing to the Court no response having been received to the Court's show cause order of November 29, 2005, it is hereby

ORDERED that this case is DISMISSED without prejudice.

                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20   , 2006